IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

---

UNITED STATES OF AMERICA

    Plaintiff

-vs-

RAYMOND JACKSON

    Defendant

CASE NO. 1:12 CR 449-14

<u>ORDER ACCEPTING PLEA
AGREEMENT AND JUDGMENT</u>

---

UNITED STATES DISTRICT JUDGE LESLEY WELLS

    This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Kenneth S. McHargh regarding the change of plea hearing and plea agreement of Raymond Jackson which was referred to the Magistrate Judge with the consent of the parties.

    On 26 September 2012, the government filed a three-count indictment against Raymond Jackson for conspiracy to possess with intent to distribute and to distribute cocaine in violation of 21 U.S.C. §846, and use of a communication facility to facilitate a drug trafficking offense in violation of 21 U.S.C. §843(b). On 11 December 2012, a hearing was held in which Raymond Jackson entered a plea of not guilty before Magistrate Judge Greg White. On 18 November 2013, Magistrate Judge McHargh received Raymond Jackson's plea of guilty and issued a Report and Recommendation ("R&R") concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Raymond Jackson is found to be competent to enter a plea. He understands his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Raymond Jackson is adjudged guilty of Count One in violation of 21 U.S.C. §846.

IT IS SO ORDERED.

Dated: Jan. 14 2014

UNITED STATES DISTRICT JUDGE